*Decision by the Presiding Justice on application to appeal from the Appellate Term.*

JOHN VERBYLA and Another, Appellants, v. DAVID KOWAL, Respondent. — Application denied, with ten dollars costs.

*Decisions by Mr. Justice Putnam on applications to appeal from the Appellate Term.*

SAMUEL KANTOR, Respondent, v. MORRIS SPODEK, Appellant.— Application denied, with ten dollars costs.

DAVID KAWALER, Respondent, v. JACKSON SQUARE GARAGE, INC., Appellant.— Application denied, with ten dollars costs.

---

## THIRD DEPARTMENT, MARCH, 1920.

In the Matter of the Application for the Probate of the Last Will and Testament of BRIDGET D. McMAHON, Deceased.

FRANK McMAHON and Others, Appellants; MARY MURTAGH, Executrix, etc., Respondent.

*Evidence — attorney and client — privileged communications — waiver by presence of third party.*

Appeal from a decree of the Surrogate's Court of the county of Chenango, entered July 25, 1918.

PER CURIAM: The attorney was a competent witness as to the conversation with the testatrix which took place while her daughter was present. The attorney's evidence as to what transpired before the daughter entered the room, if incompetent was harmless, as the conversation was immediately repeated in the presence of the daughter. Decree unanimously affirmed, with costs to the respondent.